No. 03–1673. CYCENAS v. STONER ET AL. C. A. 7th Cir. Certiorari denied. 

No. 03–1674. LURIE v. BLACKWELL, LIQUIDATING TRUSTEE OF THE POPKIN AND STERN LIQUIDATING TRUST. C. A. 8th Cir. Certiorari denied. 

No. 03–1675. GRIGGS v. STATE BAR OF GEORGIA. Sup. Ct. Ga. Certiorari denied. 

No. 03–1676. HAYES v. NICE SYSTEMS LTD. ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–1677. TILLEY ET UX. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 03–1678. ZIMMERMAN ET UX. v. CITY OF OAKLAND, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 03–1679. MORENO ET AL. v. SUMMIT MORTGAGE CORP. ET AL. C. A. 5th Cir. Certiorari denied. 

No. 03–1682. GILMORE v. DEPARTMENT OF LABOR ET AL. C. A. 11th Cir. Certiorari denied. 

No. 03–1683. STILLMAN v. COLORADO ET AL. Ct. App. Colo. Certiorari denied. 

No. 03–1684. CRAIN BROTHERS INC. ET AL. v. LOVEJOY. Ct. App. La., 3d Cir. Certiorari denied. 

No. 03–1685. GUENTHER v. TIDEWATER INC. C. A. 5th Cir. Certiorari denied. 

No. 03–1686. WILLY ET UX. v. VIRGINIA STATE CORPORATION COMMISSION. Sup. Ct. Va. Certiorari denied.

No. 03–1687. WILEY v. CITY OF CHICAGO, ILLINOIS, ET AL.; and

No. 03–1717. JONES v. WILEY. C. A. 7th Cir. Certiorari denied.